**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50339 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-01235-PA |
| v. | |
| ANDREW P. DELIO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Andrew P. Delio appeals from the 15-month sentence imposed following his

guilty-plea conviction for wire fraud, in violation of 18 U.S.C. § 1343, and

impersonating a Federal Officer or Employee, in violation of 18 U.S.C. § 912.  We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Delio contends that the district court procedurally erred at sentencing by relying on a clearly erroneous interpretation of a 1994 incident, and that the above-Guidelines sentence is substantively unreasonable. The record reflects that the district court did not procedurally err, and in light of the totality of the circumstances, the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**